UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Justin Campanello,

                 Plaintiff(s),

      -against-

Porte, et al.,

                 Defendant(s).
------------------------------------x

16 Civ. 6537 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiff and Counsel shall confer and inform Judge Preska by letter no later than March 13, 2020 of the status of the action/remaining claims/defendants.

SO ORDERED.

The Clerk of the Court shall mail a copy of this order to Plaintiff

SO ORDERED
/s/ Loretta A. Preska
_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

/s/ Loretta A. Preska
_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: March 2, 2020
New York, New York