UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN CAMPANELLO,<br><br>                Plaintiff,<br><br>-against-<br><br>COMM. JOSEPH PONTE, et al.,<br><br>                Defendants. | No. 16-CV-6537 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    On December 5, 2016, the Court provided Plaintiff with leave to amend his Complaint.  (See dkt. no. 14.)  No amended complaint was ever filed.  Accordingly, Plaintiff and counsel shall confer and inform the Court by letter no later than April 16, 2020 of the status of the action.  Failure to do so may result in the dismissal of the case, without prejudice, for failure to prosecute.  The Clerk of the Court shall mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated:     March 26, 2021
          New York, New York

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge