UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN CAMPANELLO,<br><br>                    Plaintiff,<br><br>-against-<br><br>COMM. JOSEPH PONTE, et al.,<br><br>                    Defendants. | No. 16-CV-6537 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

On March 26, 2021, the Court ordered Plaintiff and counsel to confer and inform the Court by letter no later than April 16 of the status of the action.  (See dkt. no. 17 at 1.)  The Court warned that "[f]ailure to do so may result in the dismissal of the case, without prejudice, for failure to prosecute."  (Id.)  No such letter was ever filed.  Accordingly, this case is hereby DISMISSED WITHOUT PREJUDICE for failure to prosecute.  See Fed. R. Civ P. 41(b).  The Clerk of the Court shall (1) mark this case closed and (2) mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated:   September 8, 2021
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1